JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HIGUERA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 5:22-cv-00981-JGB-KK<br><br>District Judge: Jesus G. Bernal<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff RAYMOND HIGUERA ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 20, 2023. (See Dkt. No. 35.)

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $147,879.12 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: November 29, 2023

　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　　U.S. District Judge