**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND HIGUERA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.: 5:22-cv-00981-JGB-kk<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL** |

### ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

　　Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

　　It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: July 2, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE